# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 19, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138323 & (44)(45)(46)

DIANE GADIGIAN,
   Plaintiff-Appellee,

v

              SC: 138323
              COA: 279540
              Wayne CC: 06-621978-NO

CITY OF TAYLOR,
   Defendant-Appellant.

_____/

   On order of the Court, the motions for leave to file brief amicus curiae are GRANTED. The application for leave to appeal the January 27, 2009 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether the Court of Appeals correctly interpreted MCL 691.1402a(2); and (2) what evidence a plaintiff must present to rebut the inference of reasonable repair.

   Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 19, 2009

_____
Clerk

d1112